UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC.<br>200 Fifth Avenue, 8th Floor<br>New York, NY 10010,<br><br>ARAM ROSTON,<br>600 F Street NW<br>Washington, D.C. 20004,<br><br>      PLAINTIFFS<br>  vs.<br><br>DEPARTMENT OF DEFENSE,<br>1400 Defense Pentagon<br>Washington, DC 20301-1400<br><br>      DEFENDANT | )<br>)<br>) Judge _____<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

## THE PARTIES

1. Plaintiff Buzzfeed, Inc. (BuzzFeed) is an internet news media corporation.

2. Aram Roston is a correspondent at BuzzFeed News who often covers national security issues. He has previously worked as a CNN correspondent, a producer at the investigative unit at NBC News, and as a senior correspondent at Newsweek Magazine, and his work has appeared in The New York Times, GQ, The Nation, The Guardian, The Observer and other newspapers and magazines. He's the recipient of various journalism awards including two Emmy Awards, and the Daniel Pearl Award for Outstanding International Investigative Journalism.

3. The Department of Defense (DOD) is an agency of the United States.

4. United States Central Command (USCENTCOM) is a component of the DOD. USCENTCOM has possession, custody and control of records Plaintiff seeks.

## JURISDICTION AND VENUE

5. This action arises under the Freedom of Information Act (FOIA), 5 USC § 552.

6. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## BACKGROUND

8. Detainee operations in Afghanistan have received little attention, especially compared to Guantanamo Bay, or Iraq.

9. One matter of profound public interest is the transfer of prisoners from Afghanistan to other nations, including Mauritania. Task Force 435 was officially the organization charged with all detainee operations in Afghanistan, yet virtually nothing has been reported on it.

10. The records requested will be used for a story or several stories about US detention operations in Afghanistan in recent years, with a focus on Task Force 435.

11. Plaintiff incorporates by reference each of the documents referred to in this Complaint.

## PLAINTIFF'S FOIA REQUEST

12. On June 3, 2014, Mr. Aram Roston submitted a FOIA request to USCENTCOM on behalf of BuzzFeed requesting: (1) Documents concerning complaints or allegations of misuse of force of brutality, whether by US or other personnel; (2) Documents reflecting any death or injuries to detainees in custody or during transfer; (3) Documents concerning the use of improper techniques during interrogation; (4) Investigative documents concerning misconducting in detainee operations during this period; and (5) Documents concerning the transfer of any detainees to Mauritania, Pakistan, and in or out of Afghanistan.

13. On June 4, 2014, Steven L. Johnson of USCENTCOM sent Mr. Roston an email acknowledging receipt of Mr. Roston's request and assigning the request case number 14-0212. In this email, Mr. Johnson initially characterized Mr. Roston's request as potentially "too broad and burdensome in magnitude as currently described." After discussion, the request was accepted and placed into USCENTCOM's FOIA processing queue.

14. On October 2, 2014, Mr. Roston received a letter from Robert H. Bennet, Chief of the Resources & Analysis Division of USCENTCOM, informing Mr. Roston that his request was placed into the "Media" category for processing fee purposes. The letter further informed Mr. Roston that his request was number 140 in USCENTCOM's FOIA processing queue.

15. On October 22, 2014, Mr. Roston received a letter from Lieutenant Colonel David A. Gale informing him that his request had moved up to number 130 in USCENTCOM's FOIA processing queue.

16. As of the filing of this Complaint, Mr. Roston has not received a final determination as to whether USCENTCOM will produce the requested documents.

17. Under 5 USC § 552(a)(6)(C)(i), Mr. Roston is deemed to have exhausted his administrative remedies with regard to his FOIA requests to USCENTCOM.

## COUNT I:
## VIOLATION OF FOIA
(All Defendants)

18. This Count realleges and incorporates by reference all of the preceding paragraphs.

19. USCENTOM has violated FOIA by failing to provide Mr. Roston with a final determination as to whether it will produce the requested records.

20. Plaintiff has been and will continue to be irreparably harmed until Defendants are ordered to comply with Plaintiff's FOIA requests.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare the Defendant's failure to comply with FOIA to be unlawful;

(2) Enjoin the Defendant from continuing to withhold the records responsive to Plaintiff's FOIA requests and otherwise order Defendant to produce the requested records without further delay.

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

\_\_/s/ Jeffrey Light_____
   Jeffrey L. Light
   D.C. Bar #485360
   1712 Eye St., NW

Suite 915
Washington, DC 20006
(202)277-6213

*Counsel for Plaintiff*