IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant, | Civil Case No. 1:14-cv-02034 (APM) |

**JOINT STATUS REPORT**

In response to the Court's December 12, 2017 Minute Order, Plaintiffs BuzzFeed, Inc. and Aram Roston, and Defendant Department of Defense hereby submit this joint status report in this FOIA suit.

On September 2, 2015, the parties reported that they had agreed to reduce the scope of potentially responsive material from 28,974 to 18,734 documents. Over the course of the review, that number has been reduced to 12,839 documents. Defendant has now made its preliminary review of all previously identified potentially responsive documents and has produced 23,566 pages of responsive material; with 25,320 pages remaining to be processed for production.

On January 29, 2018, Defendant completed its most recent eight week cycle, reviewing 38 records for release (3,579 pages) and determining 659 pages were releasable based on Plaintiff's agreement to eliminate certain type of records from production. The files were produced to Plaintiffs on January 29, 2018. Defendant anticipates its next scheduled production to be March 30, 2018.

During the coming cycle, the parties anticipate to continue to confer on the documents produced in this most recent cycle. Defendant continues to identify types of documents as well

as possible limitations within the documents to propose to plaintiff that could narrow the scope of the search as well provide documents in the areas of most interest to Plaintiffs.

Dated: January 30, 2018

                                    Respectfully submitted,

                                    CHAD A. READLER
Acting Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/Marcia K. Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
Email:  marcia.sowles@usdoj.gov

Attorneys for Defendant

*s/Jeffrey L. Light*
JEFFREY L. LIGHT
Law Office of Jeffrey Light
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006
Tel.: (202) 277-6213
Fax: (202) 223-5316
Email:  Jeffrey@lawofficeofjeffreylight.com

Counsel for Plaintiffs